IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 10-cr-00457-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBIN LOUISE ROMO,

        Defendant.

## ORDER TERMINATING SUPERVISED RELEASE

        This matter is before the Court upon the defendant's motion for early termination of supervised release.  The Court has received a report from the probation office concerning defendant's compliance with the conditions of supervision and is satisfied that termination is warranted by the conduct of the defendant and the interest of justice.  Accordingly, it is

        **ORDERED** that the term of supervised release imposed on July 2, 2004, is hereby terminated and defendant is discharged from further supervision.

        DATED this 15th day of February, 2013.

        **BY THE COURT:**

        Marcia S. Krieger
        Chief United States District Judge